

# NUMBER 13-23-00055-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ROSE RIOS,                                                                            Appellant,

v.

STEPHEN KARP,                                                                        Appellee.

## On appeal from the County Court at Law No. 5
## of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Jusice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Chief Justice Contreras**

On February 8, 2023, appellant filed a notice of appeal. On February 9, 2023, the

Clerk of the Court notified appellant that her notice of appeal was not in compliance with

Texas Rules of Appellant Procedure 9.1(b), 9.5, 25.1(d)(1), (2), (4) and (8), and 25.1(e).

On March 30, 2023, the Clerk of the Court again notified appellant that her notice of

appeal was defective. Appellant was further advised, if the defect was not corrected within ten days, the appeal would be dismissed. TEX. R. APP. P. 42.3(b), (c).

Appellant failed to correct the defect in her notice of appeal and has otherwise not responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
29th day of June, 2023.